UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| A.Y.O, a minor, by and through his guardian ad litem, FRANCIS OCASIO, FRANCIS OCASIO individually, and ALEXANDER OCASIO,<br><br>Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, a California Corporation doing business as ENLOE MEDICAL CENTER-ESPLANADE; AKIBA E. GREEN, D.O., and DOES 1 through 250, inclusive,<br><br>Defendants,<br><br>RITE AID CORPORATION and OPTUM,<br><br>Removing Defendants. | Case No. 2:21-cv-00844-KJM-JDP<br><br>**ORDER** |

The Pro Hac Vice Application [Dkt. # 11] is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

DATED: August 12, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON P.C.
1 Monument Square
Suite 600
Portland ME 04101
207.774.6001

1                    CASE NO. 2:21-CV-00844-KJM-JDP