1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

A.Y.O, *et al.*,

Case No. 2:21-cv-00844-KJM-JDP

12

Plaintiff,

ORDER (1) SETTING SETTLEMENT
CONFERENCE, (2) REQUIRING PERSONAL

13

v.

ATTENDANCE BY CERTAIN
INDIVIDUALS, (3) REQUIRING

14

ENLOE MEDICAL CENTER-
ESPLANADE, *et al.*,

SETTLEMENT CONFERENCE
STATEMENT MEETING CERTAIN
PARAMETERS, AND (4) SCHEDULING

15

PRE-CONFERENCE DISCUSSION

Defendant.

16

17        Magistrate Judge Jeremy D. Peterson will hold a settlement conference by Zoom on

18   September 14, 2021, at 10:00 a.m.  The Zoom settlement conference invitation will be distributed

19   the week prior.  The court expects that the parties will proceed with the settlement conference in

20   good faith and attempt to resolve all or part of the case.  If any party believes that the settlement

21   conference will not be productive, that party shall so inform the court as far in advance of the

22   settlement conference as possible.  Unless otherwise specifically authorized by the court in

23   advance of the settlement conference, the following individuals must participate in the settlement

24   conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with

25   full authority to negotiate and settle the case, on any terms.

26        No later than August 31, 2021, each party must submit to Judge Peterson's chambers at

27   jdporders@caed.uscourts.gov a confidential settlement conference statement.  These statements

28   should neither be filed on the docket nor served on any other party.  The statements should be

marked "CONFIDENTIAL" and should state the date and time of the conference.  While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will obtain a finding of liability should this case proceed to trial, in percentage terms;

(5) should this case proceed to trial and defendant be found liable, please provide the following, in specific dollar terms:

(a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case scenario)

(b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case scenario), and

(c) a best estimate of the most likely outcome;

(6) a history of settlement discussions, including:

(a) a statement of your expectations for settlement discussions;

(b) a listing of any past and present settlement offers from any party (including all terms);

(c) whether your party would consider making the opening offer or demand, and what that offer might be[1];

(7) a list of the individuals who will be participating in the settlement conference on your party's behalf, including each participant's name and, if appropriate, title; and

(8) identification of any related cases or of any other cases that the parties might wish to discuss at this settlement conference;

---

[1]  Please note that Judge Peterson will consider this response, among others, in evaluating whether proceeding with a settlement conference appears worthwhile.

1    (9) a completed worksheet (blank version attached) highlighting your responses to certain

2    of the above questions.

3    In addition, a joint statement quoting the specific proposed language for the Settlement

4    Agreement and Affidavit including each party's contentions with respect thereto.

5    Judge Peterson will hold a short, pre-settlement conference telephone discussion on

6    September 7, 2021 at 3:00 p.m. (dial-in number: 1-888-557-8511; passcode: 1273468).  Only the

7    lead attorney from each side[2] should participate.  At Judge Peterson's discretion, the joint

8    telephonic discussion may be followed by private telephonic discussions between the judge and

9    each party.

10    In accordance with the above, it is hereby ORDERED that:

11    1.  A pre-settlement conference is set before Magistrate Judge Peterson on September 7,

12    2021 at 3:00 p.m.

13    2.  A settlement conference is set before Magistrate Judge Peterson on September 14,

14    2021, at 10:00 a.m.

15    3.  No later than August 31, 2021, each party must submit a confidential settlement

16    conference statement, as described above, to Magistrate Judge Peterson.

17

18

19    Dated: August 20, 2021

20    JEREMY D. PETERSON
      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28    _____
      [2]  The court expects that the attorneys participating in the telephone discussion will also
      participate in the settlement conference.

## Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |