UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| A.Y.O, a minor, by and through his guardian ad litem, FRANCIS OCASIO, FRANCIS OCASIO individually, and ALEXANDER OCASIO,<br><br>Plaintiffs,<br><br>v.<br><br>ENLOE MEDICAL CENTER, a California Corporation doing business as ENLOE MEDICAL CENTER-ESPLANADE; AKIBA E. GREEN, D.O., and DOES 1 through 250, inclusive,<br><br>Defendants,<br><br>RITE AID CORPORATION and OPTUM,<br><br>Removing Defendants. | Case No. 2:21-cv-00844-KJM-JDP<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal, electronically filed in this matter on November 5, 2021, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. That all pending motions are terminated.

2. That this action is dismissed with prejudice and on the merits, and without costs awarded to either party.

3. This order does not pertain to related civil action 21-cv-00285, which remains pending as between the parties to that Civil Action.

4. The clerk is directed to close the case.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 8, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL

LITTLER MENDELSON P.C.
1 Monument Square
Suite 600
Portland ME 04101
207.774.6001